**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

MARCOS CALCANO,                                       :
                                                      :
                        Plaintiff,                    :                    19-CV-10054 (PGG) (OTW)
                                                      :
                        -against-                     :                    **ORDER**
                                                      :
TGI FRIDAY'S INC.,                                    :
                                                      :
                        Defendant.                    :
                                                      :
                                                      :
------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby

       **ORDERED**, that counsel shall conduct work remotely.  This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). It is further

       **ORDERED**, that **no in-person depositions shall take place on or before April 30, 2020**, absent a showing of exceptionally good cause. For depositions planned on or after May 1, 2020, parties shall submit a joint status letter with deposition plan(s) **fourteen (14) days** before the planned deposition(s). It is further

       **ORDERED**, pursuant to Fed. R. Civ. P. 16(b)(4), that all unexpired discovery deadlines are hereby EXTENDED for a period of **60 days**. **Counsel are directed to file a joint proposed order with the new discovery deadlines within seven (7) days of this Order**.

       Nothing in this Order prevents the parties from seeking to further modify the pretrial schedule in light of the COVID-19 pandemic (or for any other good cause). Before seeking such relief, the parties must, as always, meet and confer (via remote means) in a good faith effort to reach agreement on how best to fulfill the goals of Rule 1 while avoiding unnecessary health risks. It is further

ORDERED that if any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 27, 2020                                      **Ona T. Wang**
      New York, New York                       United States Magistrate Judge