```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARCOS CALCANO,                                             :
                                                            :
                    Plaintiff,                              :     19-CV-10054 (PGG) (OTW)
                                                            :
            -against-                                       :     **ORDER**
                                                            :
TGI FRIDAY'S INC.,                                          :
                                                            :
                    Defendant.                              :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' letter motion for a motion to dismiss briefing schedule and a stay of discovery. (ECF 30). The applications are **GRANTED IN PART**.

The schedule for the motion to dismiss is: (1) defendant's motion to dismiss the FAC by April 17, 2020; (2) plaintiff's opposition by May 18, 2020; and (3) defendant's reply by June 1, 2020. Parties are directed to consult Judge Gardephe's Individual Rules of Practice.

Discovery is stayed for a period of **60 days**. Parties shall submit a **joint status letter by June 4, 2020**.

The Clerk of Court is directed to close ECF 30.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: April 7, 2020
New York, New York