# THE MARKS LAW FIRM, P.C.

June 13, 2022

**Via ECF:**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    **RE:** **Marcos Calcano v. TGI Friday's Inc. (1:19-cv-10054-PGG-OTW)**
        Index: 19-cv-10054-PGG-OTW
        **NOTICE OF SETTLEMENT**

Dear Judge Gardephe:

    We represent plaintiff Marcos Calcano ("Plaintiff") in the above-referenced matter. against Defendant TGI Friday's Inc (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty (30) days if the Settlement Agreement is not consummated.

    In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

    We thank the Court for its time and attention in this matter.

        Respectfully Submitted,

        The Marks Law Firm, P.C.

By: _____
        Bradly G. Marks

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com